United States District Court
District of Maine

| | |
|---|---|
| Clare E. Mundell,<br><br>      Plaintiff,<br><br>    v.<br><br>Acadia Hospital, Corp. et al.<br><br>      Defendants. | Civil No. 1:21-cv-00004-LEW |

STIPULATION ON REMEDIES

    1.    On February 8, 2022, this Court granted Dr. Mundell's motion for summary judgment on Count I of her Complaint, alleging violation of the Maine Equal Pay Law. ECF No. 30.

    2.    Specifically, this Court held that (1) Acadia violated Dr. Mundell's right to equal pay under the Maine Equal Pay Law, 26 M.R.S. § 628, and (2) Acadia owes Dr. Mundell her unpaid wages, a reasonable rate of interest, costs of suit including a reasonable attorney's fee, and an additional amount equal to twice the amount of unpaid wages as liquidated

damages under 26 M.R.S. § 626-A for its violation of 26 M.R.S. § 628. ECF No. 30, at 15, 22.

3. The Court also instructed that the determination of the amount of damages owed to Dr. Mundell on the Maine Equal Pay Law claim would require further proceedings. ECF No. 30, at 22.

4. Acadia intends to appeal the Court's decision when it becomes a final judgment.

5. Based on the Court's instruction, the parties have conferred, and in the interest of efficiency and compromise, and without waiver of any argument Acadia may have on appeal, hereby stipulate as follows:

    a. Acadia paid Dr. Mundell an hourly rate of $50 and a male colleague who was also a pool psychologist an hourly rate of $90. ECF No. 30, at 2.

    b. Dr. Mundell worked a total of 1,447.9 hours for Acadia.

Date: April 29, 2022          Respectfully submitted,

/s/ Valerie Z. Wicks                    /s/ Melissa A. Hewey
Valerie Z. Wicks, Esq.                  Melissa A. Hewey, Esq.
David G. Webbert, Esq.                  Kasia S. Park, Esq.
Johnson & Webbert, LLP                  Drummond Woodsum
160 Capitol St., Suite 3                84 Marginal Way, Suite 600
Augusta, ME 04332-0079                  Portland, ME 04101
(207) 623-5110                          (207) 772-1941
vwicks@work.law                         mhewey@dwmlaw.com

dwebbert@work.law                             kpark@dwmlaw.com

*Attorneys for Plaintiff*                          *Attorneys for Defendants*

## Certificate of Service

I hereby certify that on April 29, 2022, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_/s/ Valerie Z. Wicks_
Valerie Z. Wicks
