United States District Court
District of Maine

| | |
|---|---|
| Clare E. Mundell,<br><br>   Plaintiff,<br><br>  v.<br><br>Acadia Hospital, Corp. et al.<br><br>   Defendants. | Civil No. 1:21-cv-00004-LEW |

## Motion for Order on Damages Owing to Plaintiff on Count I

Based on the Court's order on Summary Judgment (ECF No. 30) and the parties' Stipulation on Remedies (ECF No. 41), Dr. Clare E. Mundell requests that the Court award damages of $180,955.90 against Defendant Acadia Hospital, Corp., on Count I of her Complaint. The grounds for this motion are as follows:

  1. On February 8, 2022, the Court granted Dr. Mundell's Motion for Partial Summary Judgment on Count I of her Complaint against Defendant Acadia Hospital, Corp. (ECF 30).

  2. Specifically, this Court held that (1) Acadia violated Dr. Mundell's right to equal pay under the Maine Equal Pay Law, 26 M.R.S. §

628, and (2) Acadia owes Dr. Mundell her unpaid wages, a reasonable rate of interest, costs of suit including a reasonable attorney's fee, and an additional amount equal to twice the amount of unpaid wages as liquidated damages under 26 M.R.S. § 626-A for its violation of 26 M.R.S. § 628. ECF No. 30, at 15, 22.

3. The Court also instructed that the determination of the amount of damages owed to Dr. Mundell on the Maine Equal Pay Law claim would require further proceedings. ECF No. 30, at 22.

4. Following the Court's instruction, the parties conferred and jointly filed a Stipulation on Remedies concerning Dr. Mundell's Count I damages. ECF No. 41.

5. Now, based on the Court's order on Summary Judgment (ECF No. 30), and the parties' Stipulation on Remedies (ECF No. 41), Dr. Mundell requests that the Court award damages on Count I of her Complaint.

6. Dr. Mundell's damages (not including her "costs of suit including a reasonable attorney's fee"[1]) on Count I for unpaid wages, liquidated damages, and reasonable rate of interest total $180,955.90, as detailed below:

---

[1] Under Fed. R. Civ. P. 54(d) and Local Rules 54.2 and 54.3, Plaintiff may not file her application for attorney's fees until after "the expiration of the time for filing a timely appeal" or "the final disposition of any appeal to the Court of Appeals." Local Rule 54.2.

  a. Acadia paid Dr. Mundell an hourly rate of $50 and a male colleague who performed comparable work an hourly rate of $90. ECF No. 30, at 2, 5[2]; ECF No. 41, at 2. Thus, Dr. Mundell's unpaid wages are $40 per hour.

  b. Dr. Mundell worked a total of 1,447.9 hours for Acadia. ECF No. 41, at 2.

  c. Dr. Mundell's unpaid wages are $57,916 ($40 x 1,447.9).

  d. Dr. Mundell's liquidated damages are $115,832 ($57,916.50 x 2).

  e. The reasonable rate of interest owed to Dr. Mundell is $7,207.90, calculated at the prejudgment interest rate of 3.09% for the year the complaint was filed (2021), compounded annually, and based on the conservative assumption that judgment will issue in early May 2022. *See* 14 M.R.S. §1602-B.

Therefore, Dr. Mundell requests that the Court award damages against Acadia Hospital, Corp. on her Maine Equal Pay Law claim (Count I) for her lost wages, liquidated damages, and reasonable rate of interest in the amount

---

[2] "By all accounts, all five of Acadia's pool psychologists, including Plaintiff, possessed the same fundamental qualifications for the role . . . . All five pool psychologists performed the same functions for Acadia." ECF No. 30, at 2. "The parties agree . . . that the pool psychologists all occupied the same job and performed comparable work to one another." ECF No. 30, at 5.

of $180,955.90, and amend its prior order of partial summary judgment on Count I to include this award of damages.

                                                Respectfully submitted,

Date: May 2, 2022                    /s/ Valerie Z. Wicks
                                                Valerie Z. Wicks, Esq.

                                                /s/ David G. Webbert
                                                David G. Webbert, Esq.
                                                Johnson & Webbert, LLP
                                                160 Capitol Street
                                                Augusta, Maine 04332-0079
                                                Tel: (207) 623-5110
                                                vwicks@work.law
                                                dwebbert@work.law


                                                *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on May 2, 2022, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Valerie Z. Wicks*
Valerie Z. Wicks
