# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| Clare E. Mundell, <br><br> Plaintiff <br><br> v. <br><br> Acadia Hospital, Corp. and <br> Eastern Maine Healthcare Systems, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:21-cv-00004-LEW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER ON DAMAGES OWING TO PLAINTIFF ON COUNT I

Defendants Acadia Hospital Corp and Eastern Maine Healthcare Systems d/b/a Northern Light Health hereby object to Plaintiff's Motion for Order on Damages (Doc. 42) for the reasons set forth in briefing and argument in opposition to Plaintiff's Motion for Partial Summary Judgment.

Dated: May 3, 2022                                      */s/ Melissa A. Hewey*
                                                                        Melissa A. Hewey
                                                                        Kasia S. Park
                                                                        Attorneys for Defendants

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel:  (207) 772-1941
Fax:  (207) 772-3672
mhewey@dwmlaw.com
kpark@dwmlaw.com