United States District Court
District of Maine

| | |
|---|---|
| Clare E. Mundell,<br><br>    Plaintiff,<br><br>    v.<br><br>Acadia Hospital, Corp. et al.<br><br>    Defendants. | Civil No. 1:21-cv-00004-LEW |

**Plaintiff's Reply to Defendants' Opposition to Motion for Order on Damages Owing to Plaintiff on Count I**

Defendants' objection to Plaintiff's Motion for Order on Damages Owing to Plaintiff on Count I (ECF No. 42) is based solely on its opposition to Plaintiff's motion for partial summary judgement on Count I, which the Court granted on February 8, 2022 (ECF No. 30).

Thus, Plaintiff's pending motion (ECF No. 42) is in order for a decision, and for the reasons described in that motion, Plaintiff respectfully requests that the Court grant her Motion for Order on Damages Owing to Plaintiff on Count I.

                              Respectfully submitted,

Date: May 3, 2022                /s/ Valerie Z. Wicks
                                      Valerie Z. Wicks, Esq.

                                        /s/ David G. Webbert
                                        David G. Webbert, Esq.
                                        Johnson & Webbert, LLP
                                        160 Capitol Street
                                        Augusta, Maine 04332-0079
                                        Tel: (207) 623-5110
                                        dwebbert@work.law
                                        vwicks@work.law

                                        *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on May 3, 2022, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Valerie Z. Wicks*
                                        Valerie Z. Wicks