UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

CLARE E. MUNDELL,            )
                               )
           Plaintiff,     )
                               )
        v.                )       No. 1:21-cv-00004-LEW
                               )
ACADIA HOSPITAL CORP. and    )
EASTERN MAINE HEALTHCARE    )
SYSTEMS,                    )
                               )
           Defendants.    )

## **ORDER ON DAMAGES**

On February 8, 2022, I granted summary judgment to Plaintiff on her claim of gender-based pay discrimination in violation of the Maine Equal Pay Law, 26 M.R.S. § 628. In my order, I held that Plaintiff was entitled to "unpaid wages" for the time that she was unlawfully underpaid by Defendant Acadia Hospital Corp. ("Acadia"), plus "a reasonable rate of interest, costs of suit including a reasonable attorney's fee, and an additional amount equal to twice the amount of unpaid wages as liquidated damages." 26 M.R.S. § 626-A. However, I withheld a final determination of damages because neither party had provided facts to establish the amount of unpaid wages owing to Plaintiff.

Plaintiff now requests damages in the amount of $180,955.90. *See* Pl's Mot. (ECF No. 42). The parties have jointly stipulated that Plaintiff "worked a total of 1,447.9 hours for Acadia" while being underpaid at a rate of approximately $40 per hour. *See* Stipulation on Remedies 2 (ECF No. 41). This amounts to $57,916 in unpaid wages, and $115,832 in

liquidated damages. I also find that Plaintiff's requested interest of $7,207.90 is "reasonable" as called for by the Maine Equal Pay Law. Acadia does not object to Plaintiff's requested award, and instead merely reasserts its view that a plaintiff who prevails under MEPL is not entitled to treble damages. *See* Def.'s Opp'n (ECF No. 43).

Accordingly, Plaintiff's Motion for Order on Damages (ECF No. 42) is GRANTED, and Acadia is ordered to pay damages to Plaintiff in the amount of $180,955.90.

SO ORDERED.

Dated this 9th day of May, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE