UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

|   |   |
|---|---|
| **Clare E. Mundell**<br><br>**Plaintiff**<br><br>v.<br><br>**Acadia Hospital, Corp. and**<br>**Eastern Maine Healthcare Systems,**<br><br>**Defendants** | Case No. 1:21-cv-00004-LEW |

MOTION FOR RECONSIDERATION/CORRECTION OF ORDER
WITH INCORPORATED MEMORANDUM OF LAW

Defendants Acadia Hospital and Eastern Maine Medical Center (collectively the "Hospital") move this Court to reconsider its May 9, 2022 Order on Damages. Specifically, the Court stated that "Acadia does not object to Plaintiff's requested award, and instead merely reasserts its view that a plaintiff who prevails under MEPL is not entitled to treble damages." This statement is not accurate. Importantly, the Hospital objected to the Plaintiff's Motion for Order on Damages Owing to Plaintiff on Count 1 "for the reasons set forth in briefing and argument in opposition to Plaintiff's Motion for Partial Summary Judgment." In the briefing and argument on Plaintiff's Motion for Partial Summary Judgment the Hospital did, as the Court correctly noted, argue that treble damages and attorney's fees are not available for violation of the Maine Equal Pay Act ("MEPA"). *See* Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. 15) at Page ID # 137 – 143. *In addition, however, the Hospital argued that it was not liable to Plaintiff under the MEPA both because the record taken in the light most favorable to it established that it did not discriminate against Plaintiff and thus*

*did not violate the MEPA and because the MEPA is preempted by federal law*. *Id.* at Page ID # 130- 137.   As made clear in the Stipulation between the parties (Doc. 41), the Hospital reserved all arguments for appeal, not just the argument on liquidated damages.  This Court should therefore reconsider and correct its Order.

| | |
|---|---|
| Dated: May 9, 2022 | */s/ Melissa A. Hewey*<br>Melissa A. Hewey<br>Kasia S. Park<br>Attorneys for Defendants |

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel:  (207) 772-1941
Fax:  (207) 772-3672
mhewey@dwmlaw.com
kpark@dwmlaw.com