UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CLARE E. MUNDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00004-LEW |
| ) | |
| ACADIA HOSPITAL CORP. and ) | |
| EASTERN MAINE HEALTHCARE ) | |
| SYSTEMS, ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER ON DAMAGES

On February 8, 2022, I granted summary judgment to Plaintiff on her claim of gender-based pay discrimination in violation of the Maine Equal Pay Law, 26 M.R.S. § 628. In my order, I held that Plaintiff was entitled to "unpaid wages" for the time that she was unlawfully underpaid by Defendant Acadia Hospital Corp. ("Acadia"), plus "a reasonable rate of interest, costs of suit including a reasonable attorney's fee, and an additional amount equal to twice the amount of unpaid wages as liquidated damages." 26 M.R.S. § 626-A. However, I withheld a final determination of damages because neither party had provided facts to establish the amount of unpaid wages owing to Plaintiff.

Plaintiff now requests damages in the amount of $180,955.90. *See* Pl's Mot. (ECF No. 42). The parties have jointly stipulated that Plaintiff "worked a total of 1,447.9 hours for Acadia" while being underpaid at a rate of approximately $40 per hour. *See* Stipulation on Remedies 2 (ECF No. 41). This amounts to $57,916 in unpaid wages, and $115,832 in

liquidated damages. I also find that Plaintiff's requested interest of $7,207.90 is "reasonable" as called for by the Maine Equal Pay Law. Acadia does not object to Plaintiff's requested award, and instead reasserts the legal arguments that I rejected in my Order granting Plaintiff's Motion for Summary Judgment.[1] *See* Def.'s Opp'n (ECF No. 43).

Accordingly, Plaintiff's Motion for Order on Damages (ECF No. 42) is GRANTED, and Acadia is ordered to pay damages to Plaintiff in the amount of $180,955.90.

**SO ORDERED.**

Dated this 10th day of May, 2022.

                                             /s/ Lance E. Walker
                                           UNITED STATES DISTRICT JUDGE

---

[1] While not convinced that an appeals court would deem Acadia to have abandoned its merits arguments based on the language in my prior damages order, I issue this corrected order to assuage Acadia's anxiety and make clear that Acadia has preserved all of the legal arguments advanced in opposition to Plaintiff's Motion for Summary Judgment.