UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CLARE E. MUNDELL<br>Plaintiff,<br><br>v.<br><br>ACADIA HOSPITAL CORP. and<br>EASTERN MAINE HEALTHCARE<br>SYSTEMS<br>Defendants, | )<br>)<br>)<br>)  Civil No. 1:21-cv-00004-LEW<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order on Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Leave to File and Motion for Clarification entered by U.S. District Judge Lance E. Walker on February 8, 2022, the Amended Order on Damages entered by U.S. District Judge Lance E. Walker on May 10, 2022, and the Joint Stipulation of Dismissal filed on May 11, 2022,

JUDGMENT is hereby entered for Plaintiff, Clare E. Mundell and against Defendant, Acadia Hospital Corp. in the amount of $180,955.90 on Count I; and

JUDGMENT of Dismissal is hereby entered as to Acadia Hospital Corp. on Counts II and III of the Complaint and against Eastern Maine Healthcare Systems on Counts I, II and III of the Complaint.

CHRISTA K. BERRY
CLERK

Dated: May 12, 2022

By: /s/ Meghan Maker
Deputy Clerk