# United States Court of Appeals
## For the First Circuit

_____

No. 22-1394

CLARE E. MUNDELL,

Plaintiff, Appellee,

v.

ACADIA HOSPITAL CORP.,

Defendant, Appellant,

EASTERN MAINE HEALTHCARE SYSTEMS,

Defendant.

_____

**JUDGMENT**

Entered: February 1, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment and its award of damages for Clare Mundell are affirmed.

Appellant Acadia Hospital Corp.'s motion to certify a question of law to the Maine Supreme Judicial Court sitting as the Law Court is denied.

By the Court:

Maria R. Hamilton, Clerk

cc: David G Webbert, Melissa A. Hewey, Kasia Soon Park, Janna L. Gau, Kady Huff, Sunu P. Chandy, Zachary Heiden, Carol J. Garvan, Anahita Sotoohi, Gillian L. Thomas